IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK NORTON, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | NO. 09-1751 |
| | : | |
| BRIAN COLEMAN, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA, and THE ATTORNEY GENERAL OF PENNSYLVANIA, | : : : : | |
| Respondents. | : | |

## O R D E R

**AND NOW**, this 21st day of January, 2010, upon consideration of the Petition for Writ of Habeas Corpus and Memorandum of Law in Support of Habeas Corpus Petition 2254 filed by Mark Norton (Document No. 1, filed April 23, 2009), and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge dated November 25, 2009 (Document No. 17), Petitioner's Objection to Report and Recommendation (Document No. 21, filed December 10, 2009), and the record in this case, for the reasons set forth in the attached Memorandum, **IT IS ORDERED** as follows:

    1. The Report and Recommendation of United States Magistrate Judge David R. Strawbridge dated November 25, 2009, is **APPROVED** and **ADOPTED**;

    2. Petitioner's objections to the Report and Recommendation are **OVERRULED**;

    3. Petition for Writ of Habeas Corpus filed by Mark Norton is **DISMISSED**; and,

    4. A certificate of appealability will not issue because reasonable jurists would not debate whether the petition states a valid claim of the denial of a constitutional right or this Court's

procedural rulings with respect to petitioner's claims. See 28 U.S.C. § 2253(c)(2); <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).

**BY THE COURT:**

　　/s/ Jan E. DuBois

**JAN E. DUBOIS, J.**